**Exh. 1**

**Date:** 10/10/2019 5:48:35 PM
**Subject:** RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.
**From:** "William Hellmich" <bill@hellmichhillretter.com>
**Recipients:** vonne@semoelderlaw.com;
**Attachments:**
1) HHR_914ea113-7aa5-45a2-9019-ee16ece78176.png

Let's discuss all this. You available for a call tomorrow?

**William Hellmich**

Hellmich, Hill & Retter, LLC
1049 North Clay Avenue
Kirkwood, Missouri 63122
314-646-1110 main
314-646-1122 fax
HellmichHillRetter.com

314-627-1714 direct
bill@hellmichhillretter.com



NOTICE: This email message and all attachments, if any, may contain confidential and privileged material and are directed only to the intended recipient. Any unauthorized review, use, disclosure, distribution, or reliance is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail or by calling 314-646-1110. Please then destroy the original and any copies of this email. As an intended recipient of email, please be advised that (1) email communication may not be secure; (2) any email sent to you or sent by you may be copied and held by various computers it passes through as travels the network(s); and (3) persons not intended to participate in our communication may intercept our email by wrongfully accessing your computer, my computer, or some other computer(s). Email communication is convenient and useful but it may not be confidential or privileged in all circumstances.

**From:** Vonne Karraker <vonne@semoelderlaw.com>
**Sent:** Thursday, October 10, 2019 5:34 PM
**To:** William Hellmich <bill@hellmichhillretter.com>
**Subject:** Re: Ames, et al. v. St. Francois County Sheriff's Department, et al.

I apologize; I had depositions all day. Since we're stuck, I'm inclined to come in tomorrow and file pleadings informing the court that we can't agree on a neutral, submit both our suggested neutrals, and let the judge decide. I also intend to ask the court to modify the Scheduling Order since you don't have settlement authority for the current window of opportunity; there's really no point in attempting mediation without it.

Regards,
Vonne

Manley, Karraker & Karraker P.C.
110 S. Jefferson
Post Office Box 454
Farmington, Missouri 63640
(573) 756-6446 office
(573) 756-5151 facsimile


RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.

www.semoelderlaw.com

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice-versa; and (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

IRS Circular 230 disclosure: In order to ensure compliance with requirements imposed by the IRS, this is to inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (573) 756-6446 and destroy all copies this communication and any attachments.

> Original message
> From: "William Hellmich" <bill@hellmichhillretter.com>
> To: vonne@semoelderlaw.com;
> Dated: 10/8/2019 11:34:40 AM
> Subject: Re: Ames, et al. v. St. Francois County Sheriff's Department, et al.
>
> We just can't seem to agree on anything. Let me think about this and get back to you.
>
> William A. Hellmich
>
> Sent from my iPhone.



**William Hellmich**

Hellmich, Hill & Retter, LLC
1049 North Clay Avenue
Kirkwood, Missouri 63122
314-646-1110 main
314-646-1122 fax
HellmichHillRetter.com

314-627-1714 direct
bill@hellmichhillretter.com

RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.

NOTICE: This email message and all attachments, if any, may contain confidential and privileged material and are directed only to the intended recipient. Any unauthorized review, use, disclosure, distribution, or reliance is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail or by calling 314-646-1110. Please then destroy the original and any copies of this email. As an intended recipient of email, please be advised that (1) email communication may not be secure; (2) any email sent to you or sent by you may be copied and held by various computers it passes through as travels the network(s); and (3) persons not intended to participate in our communication may intercept our email by wrongfully accessing your computer, my computer, or some other computer(s). Email communication is convenient and useful but it may not be confidential or privileged in all circumstances.

On Oct 8, 2019, at 11:31 AM, Vonne Karraker <vonne@semoelderlaw.com> wrote:

> I suggest we include a combined alphabetical list of both of our choices in the motion and ask the judge to choose from that list.  I say this because Judge Cohen, according to the Eastern District's own list of mediators, has no experience in civil rights.  I don't know if that is a preference of his or a simple fact, but the people I picked, by and large, specifically listed "civil rights" as one of their specialties.
>
> Regards,
> Vonne
> Manley, Karraker & Karraker P.C.
> 110 S. Jefferson
> Post Office Box 454
> Farmington, Missouri 63640
> (573) 756-6446 office
> (573) 756-5151 facsimile
> www.semoelderlaw.com
>
> NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice-versa; and (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
>
> IRS Circular 230 disclosure: In order to ensure compliance with requirements imposed by the IRS, this is to inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
>
> The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (573) 756-6446 and destroy all copies this communication and any attachments.
>
>> Original message
>> From: "William Hellmich" <bill@hellmichhillretter.com>
>> To: vonne@semoelderlaw.com;
>> Dated: 10/8/2019 10:41:48 AM

RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.

Subject: RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.

Vonne,

I am leaving the office for most (or perhaps all) of the day, but wanted to get back to you. I suggest that we file a simple Joint Request that the Court Appoint a mediator and recite that we have been unable to agree on one. I do not think we should list the mediators that each side desires and why. Let's just ask the Court to appoint one.

One other thing re: mediation. My insurer's Board does not meet until early or mid-December and the Board must approve any settlement. Assuming that we mediate before then, our negotiations will have to be "subject to Board approval". I have done this in the past and it has never been an issue, but I want to make you aware of that in case you prefer to have the mediation after our Board meeting (at which time I would have absolute authority).

Please let me know your thoughts on these two matters. Thanks.



**William Hellmich**

Hellmich, Hill & Retter, LLC
1049 North Clay Avenue
Kirkwood, Missouri 63122
314-646-1110 main
314-646-1122 fax
HellmichHillRetter.com

314-627-1714 direct
bill@hellmichhillretter.com

NOTICE: This email message and all attachments, if any, may contain confidential and privileged material and are directed only to the intended recipient. Any unauthorized review, use, disclosure, distribution, or reliance is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail or by calling 314-646-1110. Please then destroy the original and any copies of this email. As an intended recipient of email, please be advised that (1) email communication may not be secure; (2) any email sent to you or sent by you may be copied and held by various computers it passes through as travels the network(s); and (3) persons not intended to participate in our communication may intercept our email by wrongfully accessing your computer, my computer, or some other computer(s). Email communication is convenient and useful but it may not be confidential or privileged in all circumstances.

**From:** Vonne Karraker
**Sent:** Tuesday, October 8, 2019 10:27 AM

RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.

> **To:** William Hellmich
> **Cc:** Michelle Stallings
> **Subject:** RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.
>
> We already have a former judge on the proposed list.  Should we ask the judge to weigh in on this?
>
> Regards,
>
> Vonne
>
> Manley, Karraker & Karraker P.C.
> 110 S. Jefferson
> Post Office Box 454
> Farmington, Missouri 63640
> (573) 756-6446 office
> (573) 756-5151 facsimile
> www.semoelderlaw.com
>
> NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice-versa; and (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
>
> IRS Circular 230 disclosure: In order to ensure compliance with requirements imposed by the IRS, this is to inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
>
> The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (573) 756-6446 and destroy all copies this communication and any attachments.
>
> > Original message
> > From: "William Hellmich" <bill@hellmichhillretter.com>
> > To: vonne@semoelderlaw.com;
> > Dated: 10/8/2019 9:32:25 AM
> > Subject: RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.
> >
> > How about former Judge Robert Cohen as a compromise? He is not my first or second choice, but I will agree to him.

RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.

**William Hellmich** 

Hellmich, Hill & Retter, LLC
1049 North Clay Avenue
Kirkwood, Missouri 63122
314-646-1110 main
314-646-1122 fax
HellmichHillRetter.com

314-627-1714 direct
bill@hellmichhillretter.com

NOTICE: This email message and all attachments, if any, may contain confidential and privileged material and are directed only to the intended recipient. Any unauthorized review, use, disclosure, distribution, or reliance is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail or by calling 314-646-1110. Please then destroy the original and any copies of this email. As an intended recipient of email, please be advised that (1) email communication may not be secure; (2) any email sent to you or sent by you may be copied and held by various computers it passes through as travels the network(s); and (3) persons not intended to participate in our communication may intercept our email by wrongfully accessing your computer, my computer, or some other computer(s). Email communication is convenient and useful but it may not be confidential or privileged in all circumstances.

**From:** Vonne Karraker
**Sent:** Tuesday, October 8, 2019 9:27 AM
**To:** William Hellmich
**Cc:** Michelle Stallings
**Subject:** RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.

I felt comfortable with those choices; after all, the neutral list indicated that several of them had civil rights experience. I also checked with these individuals either directly or through their agencies, and specifically asked for those with experience in civil rights cases.

Regards,

Vonne

Manley, Karraker & Karraker P.C.
110 S. Jefferson
Post Office Box 454
Farmington, Missouri 63640
(573) 756-6446 office
(573) 756-5151 facsimile
www.semoelderlaw.com

RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice-versa; and (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

IRS Circular 230 disclosure: In order to ensure compliance with requirements imposed by the IRS, this is to inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (573) 756-6446 and destroy all copies this communication and any attachments.

Original message
From: "William Hellmich" <bill@hellmichhillretter.com>
To: vonne@semoelderlaw.com;
Dated: 10/8/2019 9:03:32 AM
Subject: RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.

Well…we're not thrilled with your choices of mediators. None of them really have any civil rights experience.



**William Hellmich**

Hellmich, Hill & Retter, LLC
1049 North Clay Avenue
Kirkwood, Missouri 63122
314-646-1110 main
314-646-1122 fax
HellmichHillRetter.com

314-627-1714 direct
bill@hellmichhillretter.com

NOTICE: This email message and all attachments, if any, may contain confidential

RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.

and privileged material and are directed only to the intended recipient. Any unauthorized review, use, disclosure, distribution, or reliance is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail or by calling 314-646-1110. Please then destroy the original and any copies of this email. As an intended recipient of email, please be advised that (1) email communication may not be secure; (2) any email sent to you or sent by you may be copied and held by various computers it passes through as travels the network(s); and (3) persons not intended to participate in our communication may intercept our email by wrongfully accessing your computer, my computer, or some other computer(s). Email communication is convenient and useful but it may not be confidential or privileged in all circumstances.

**From:** Vonne Karraker
**Sent:** Tuesday, October 8, 2019 9:02 AM
**To:** vonne@semoelderlaw.com
**Cc:** William Hellmich ; Michelle Stallings
**Subject:** RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.

Hello Bill and Michelle,

I was wondering if you have had a chance to look over the available dates for mediators that coincide with dates that I am available.

RE: William Ames v. St. Francois County Sheriff's department.

Thank you,

Susie Roth
Legal Assistant


Manley, Karraker & Karraker P.C.
110 S. Jefferson
Post Office Box 454
Farmington, Missouri 63640
(573) 756-6446 office
(573) 756-5151 facsimile
www.semoelderlaw.com

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice-versa; and (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

IRS Circular 230 disclosure: In order to ensure compliance with requirements imposed by the IRS, this is to inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the

Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (573) 756-6446 and destroy all copies this communication and any attachments.

---

Original message
From: "Vonne Karraker" <vonne@semoelderlaw.com>
To: bill@hellmichhillretter.com;
Dated: 10/4/2019 2:22:42 PM
Subject: RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.

Bill and Michelle, I don't know much about Weisenthal or Winters. I'd like to keep Judge Joan Burger on the list because of her experience and available dates. I'd be fine with considering Kenneth Chackes, Michael Geigerman, Kim Kirn or Melvin Kennedy. Geigerman would be my first choice, but he's pretty booked and the only day I could do it would be December 4.

Attached please find a list of each mediator's available dates that coincide with dates that I am currently available.

Thank you,
Vonne
sbr

Manley, Karraker & Karraker P.C.
110 S. Jefferson
Post Office Box 454
Farmington, Missouri 63640
(573) 756-6446 office
(573) 756-5151 facsimile
www.semoelderlaw.com

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice-versa; and (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

IRS Circular 230 disclosure: In order to ensure compliance with requirements imposed by the IRS, this is to inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (573) 756-6446 and destroy all copies this communication and any attachments.

Original message
From: "William Hellmich"
To: vonne@semoelderlaw.com; michelle@hellmichhillretter.com;
Dated: 9/30/2019 11:03:52 AM
Subject: RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.

I have no experience with any of those folks. How about Brad Winters or Ron Wiesenthal?



**William Hellmich**

Hellmich, Hill & Retter, LLC
1049 North Clay Avenue
Kirkwood, Missouri 63122
314-646-1110 main
314-646-1122 fax
HellmichHillRetter.com

314-627-1714 direct
bill@hellmichhillretter.com

NOTICE: This email message and all attachments, if any, may contain confidential and privileged material and are directed only to the intended recipient. Any unauthorized review, use, disclosure, distribution, or reliance is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail or by calling 314-646-1110. Please then destroy the original and any copies of this email. As an intended recipient of email, please be advised that (1) email communication may not be secure; (2) any email sent to you or sent by you may be copied and held by various computers it passes through as travels the network(s); and (3) persons not intended to participate in our communication may intercept our email by wrongfully accessing your computer, my computer, or some other computer(s). Email communication is convenient and useful but it may not be confidential or privileged in all circumstances.

**From:** Vonne Karraker
**Sent:** Tuesday, September 24, 2019 2:04 PM
**To:** Michelle Stallings
**Cc:** William Hellmich

RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.

**Subject:** Ames, et al. v. St. Francois County Sheriff's Department, et al.

I'm glad somebody caught the typo. As for mediators, I'm thinking of Theodore MacDonald, Leonard Frankel, or Joan Burger.  Do you have any thoughts in that area?

Regards,

Vonne K.

Manley, Karraker & Karraker P.C.
110 S. Jefferson
Post Office Box 454
Farmington, Missouri 63640
(573) 756-6446 office
(573) 756-5151 facsimile
[www.semoelderlaw.com](www.semoelderlaw.com)

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice-versa; and (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

IRS Circular 230 disclosure: In order to ensure compliance with requirements imposed by the IRS, this is to inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of, including taking action in reliance upon, this transmission is strictly prohibited. If you have received this transmission in error, please call (573) 756-6446 and destroy all copies this communication and any attachments.

RE: Ames, et al. v. St. Francois County Sheriff's Department, et al.