UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM AMES, JR., et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:19-cv-00173-SRC |
| ) | |
| ST. FRANCOIS COUNTY ) | |
| SHERIFF'S DEPARTMENT, et al., ) | |
| ) | |
| Defendant(s). | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiffs' Motion for Sanctions [14] and Defendants' Motion to Extend ADR Deadlines [16]. The parties also advised the Court that they were unable to agree on a mediator and requested the Court to appoint one. Plaintiffs' Motion requests this Court to order sanctions against Defendants or Defendants' counsel or both for failure to abide by this Court's August 27, 2019 Order, Doc. 12, and October 1, 2019 Order, Doc. 13. However, the Court finds Plaintiffs' Motion fails to demonstrate cause for sanctions.

While Plaintiffs did provide evidence that the parties exchanged a few emails and one phone call, the Court believes that this dispute could have been resolved by counsel spending more time, in good faith, actually speaking.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Sanctions [14] is DENIED.

**IT IS FURTHER ORDERED** that Defendants' Motion to Extend ADR Deadlines [16] is GRANTED. The ADR conference(s) shall conclude no later than **January 6, 2020.**

**IT IS FINALLY ORDERED** that the Court appoints the Honorable Stephen Limbaugh, Sr. of The Limbaugh Firm, 407 N. Kingshighway, Suite 400, P.O. Box 1150, Cape Girardeau, Missouri 63702, 573-335-3316, as mediator in this case.

So Ordered this 25th day of October.

_SL R. CL_
**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**