# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM AMES, JR., ET AL, ) | |
|           PLAINTIFFS, ) | |
| ) | Cause No. 4:19-CV-00173 SRC |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| ST. FRANCOIS COUNTY SHERIFF'S ) | |
| DEPARTMENT, ET AL., ) | |
|           DEFENDANTS. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Vincent Colianni, II hereby appears as co-counsel of record for Plaintiffs William Ames, Jr., Laurie Braun and Estate of William D. Ames, III in the above-entitled action.  Please direct all pleadings and correspondence to the undersigned.

**COLIANNI & COLIANNI, LLC**
Attorneys for Plaintiffs William Ames, Jr.
Laurie Braun and Estate of William
D. Ames, III

DATED:  February 3, 2020          By:

/s/Vincent Colianni, II
Vincent Colianni, II
V.I. Bar No. 768
2120 Company Street
Christiansted, VI 00820
Telephone: (340) 719-1766
Facsimile: (340) 719-1770
mailbox@colianni.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

William A. Hellmich, #31182MO
Michelle V. Stallings, #57833MO
HELLMICH, HILL & RETTER, LLC
1049 North Clay Avenue
Kirkwood, MO  63122
314-646-1110 – Phone
314-646-1122 – Fax
bill@hellmichhillretter.com
michelle@hellmichhillretter.com

          /s/Vincent Colianni, II
          Vincent Colianni, II
          2120 Company Street
          Christiansted, St. Croix
          U.S. Virgin Islands 00820
          Telephone: (340) 719-1766
          Fax: (340) 719-1770